Julie Philippi, State Bar No. 166108
14895 Bear Valley Rd Ste B
Hesperia CA 92345
760-948-3138 Phone
760-948-1337 Fax
juliephilippi@aol.com

Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In Re:<br><br>RODNEY BYRD and<br>REGINA BYRD,<br><br>   Debtor(s). | Case No. 6:07-bk-15379MJ<br>Chapter 13<br><br>NOTICE OF HEARING AND OPPOSITION TO TRUSTEE'S MOTION TO DISMISS<br><br>DATE:   08/01/11<br>TIME:   1:30 p.m.<br>CTRM:   301 |

TO THE HONORABLE MEREDITH JURY, ROD DANIELSON, CHAPTER 13 TRUSTEE, AND ALL INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that on August 1, 2011 at 1:30 p.m. in Courtroom 301 of the U.S. Bankruptcy Court located at 3420 Twelfth Street, Riverside, California, debtors Rodney and Regina Byrd will oppose the Chapter 13 Trustee's Motion to Dismiss dated July 5, 2011 (Docket No. 128) on the basis that debtors will be current as of the date of the hearing. See attached copies of checks being sent to the trustee's office by counsel.

Respectfully submitted,

DATED: 7·18·11

Julie Philippi, Attorney for Debtors

**PERSONAL MONEY ORDER**

0073946
Office AU # 11-24 / 1210(8)
Operator I.D.: cu015324

7394605013

July 18, 2011

PAY TO THE ORDER OF  ***CHAPTER 13 TRUSTEE***

**$500.00**

***Five hundred dollars and no cents***

VOID IF OVER US $ 500.00

Purchaser's Signature

WELLS FARGO BANK, N.A.
15368 ROY ROGERS DR
VICTORVILLE, CA 92394
FOR INQUIRIES CALL (480) 394-3122

07-15379 MJ   Rodney + Regina Byrd

⑈7394605013⑈ ⑆121000248⑆4861  50386⑈

---

**POSTAL MONEY ORDER**

UNITED STATES POSTAL SERVICE

Serial Number: 19126103455

2011-07-06   92920   $508.00

FIVE HUNDRED EIGHT DOLLARS & 0/100   ********

Clerk

Pay to: Chapter 13 Trustee
Address: P.O. Box 9292
Los Angeles, CA 90009
Memo: #07-15379-MJ

Rodney Byrd
P.O. Box 316
Helendale, CA 92342

⑈19126103455⑈

| In re:<br>**Rodney Raynard Byrd**<br>**Regina Curry Byrd**<br>Debtor(s). | **CHAPTER: 13**<br>**CASE NUMBER: 6:07-bk-15379MJ** |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
14895 Bear Valley Road, Suite B
Hesperia, CA 92345

The foregoing document described __NOTICE OF HEARING AND OPPOSITION TO TRUSTEE'S MOTION TO DISMISS__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **07/18/11** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Rod Danielson
Chapter 13 Trustee
4361 Latham St #270
Riverside CA  92501

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**THE HONORABLE MEREDITH JURY**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 07/18/11 | **Julie Philippi** | *[signature]* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037

F 9013-3.1
Best Case Bankruptcy